No. 77–6355. VINSON *v.* RICHMOND POLICE DEPARTMENT ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Monell* v. *Department of Social Services of City of New York,* 436 U. S. 658 (1978).

No. A–1066. BOARD OF EDUCATION, BRATENAHL LOCAL SCHOOL DISTRICT *v.* STATE BOARD OF EDUCATION OF OHIO ET AL. Application for stay of judgment of the Supreme Court of Ohio, presented to MR. JUSTICE STEVENS, and by him referred to the Court, denied.

No. 77–388. WASHINGTON ET AL. *v.* CONFEDERATED BANDS AND TRIBES OF THE YAKIMA INDIAN NATION. C. A. 9th Cir. [Probable jurisdiction noted, 435 U. S. 903.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Appellants also allotted an additional 15 minutes for oral argument.

No. 77–533. HISQUIERDO *v.* HISQUIERDO. Sup. Ct. Cal. [Certiorari granted, 435 U. S. 994.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Respondent also allotted 15 additional minutes for oral argument.

No. 77–891. BEAL, SECRETARY OF WELFARE OF PENNSYLVANIA, ET AL. *v.* FRANKLIN ET AL. D. C. E. D. Pa. [Probable jurisdiction noted, 435 U. S. 913.] Motion of Americans United for Life, Inc., for leave to file a brief as *amicus curiae* granted.